IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR10

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| MICHAEL LEE DRAKE ) | |
| ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals directing the Court to hold a hearing for the limited purpose of determining whether or not there exists a conflict of interest between the Defendant and his appellate attorney, H. Monroe Whitesides, Jr. *See* Order, filed **February 22, 2008.**

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for hearing as directed by the Fourth Circuit on **FRIDAY, SEPTEMBER 5, 2008, AT 10:00 AM,** at the U.S. Courthouse, Third Floor Courtroom, in Asheville, North Carolina.

The Clerk is directed to transmit this Order electronically to Mr. Whitesides, and to the United States Attorney, United States Marshal,

United States Probation Office, and to the Warden of the correctional facility where the Defendant is currently housed.  A copy of the Order shall be mailed to the Defendant.

Signed: July 30, 2008

Lacy H. Thornburg
United States District Judge