UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR10 |
| | ) | |
| vs. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| MICHAEL LEE DRAKE | ) | |
| TED DARRELL WEBB | ) | |

**THIS MATTER** is before the Court on the Government's motion for destruction of evidence seized herein.

For the reasons stated in the motion and for cause shown, the Court finds that the following evidence, now in the possession of the Bureau of Alcohol, Tobacco, Firearms and Explosives, should be destroyed in accordance with the usual procedure for the destruction of such evidence:

S&W Model Airweight, .38 caliber, S/N 33J994
Penn Arms Model Street Sweeper, 12 gauge shotgun, S/N 11523
IMI Uzi, Model B, 9mm, S/N 44599
Red Shooter's Tool Box containing M-14 parts kit
30 rounds of .38 caliber ammunition

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED,** and the evidence listed above shall be destroyed in accordance with the usual procedures for the destruction of such evidence.

Signed: August 4, 2009

Lacy H. Thornburg
United States District Judge